# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARY ELLEN PERKINSON,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO.: 4:20-cv-1397 |
| **ALLSTATE VEHICLE AND PROPERTY** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

**INDEX OF DOCUMENTS**

| EXHIBIT | DESCRIPTION |
|---|---|
| **A.** | Index of Matters Being Filed |
| **B.** | Docket Sheet in the state court action |
| **C.** | Civil Case Information Sheet filed March 18, 2020 |
| **D.** | Plaintiff's Original Petition filed March 18, 2020 |
| **E.** | Citation Issued on Allstate Vehicle and Property Insurance Company issued March 19, 2020 |
| **F.** | Citation Issued on Richard Andrew Mainini issued March 19, 2020 |
| **G.** | Return of Service of Citation on Allstate Vehicle and Property Insurance Company filed March 26, 2020 |
| **H.** | Defendant Allstate Vehicle and Property Insurance Company's Original Answer to Plaintiff's Original Petition filed April 14, 2020 |
| **I.** | Defendant Allstate Vehicle and Property Insurance Company's Written Notice of Election of Legal Responsibility for Agent filed April 14, 2020 |
| **J.** | Plaintiff's Response to Defendant' Motion to Dismiss Richard Andrew Mainini filed April 15, 2020 |
| **K.** | Order of Dismissal with Prejudice as to Richard Mainini signed April 15, 2020 |

| EXHIBIT | DESCRIPTION |
|---|---|
| **L.** | Allstate's Verified Plea in Abatement, and Subject Thereto, Amended Answer to Plaintiff's Original Petition filed April 17, 2020 |
| **M.** | List of Counsel of Record |
| **N.** | True and correct copy of the certified copy of Plaintiff's policy with Allstate Vehicle and Property Insurance Company (relevant excerpts, only) |
| **O.** | True and correct copy of Plaintiff's pre-suit notice letter sent pursuant to Texas Insurance Code Section 542A, dated December 2, 2019 |
| **P.** | True and correct copy of the April 13, 2020 email exchange between counsel regarding request to stipulate to damages below $75,000 |

Respectfully Submitted,

*/s/ Susan E. Egeland*
SUSAN E. EGELAND
ATTORNEY-IN-CHARGE
State Bar No. 24040854
susan.egeland@faegredrinker.com

OF COUNSEL:
W. NEIL RAMBIN
State Bar No. 16492800
rambindocket@faegredrinker.com
SARA E. INMAN
State Bar No. 24073098
sara.inman@faegredrinker.com

FAEGERE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on April 20, 2020.

*/s/ Susan E. Egeland*
SUSAN E. EGELAND